No. 88–315.   NATIONAL-SOUTHWIRE ALUMINUM CO. *v.* UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ET AL.   C. A. 6th Cir.   Certiorari denied.

No. 88–327.   ROEMER, GOVERNOR OF THE STATE OF LOUISIANA, ET AL. *v.* CHISOM ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 88–328.   TERRITORIAL COURT OF THE VIRGIN ISLANDS *v.* RICHARDS ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 88–347.   CONN *v.* CONN.   Sup. Ct. Ind.   Certiorari denied.

No. 88–373.   BOLES *v.* UNITED STATES.   C. A. 10th Cir. Certiorari denied.

No. 88–375.   MURRAY *v.* NATIONAL BROADCASTING CO., INC., ET AL.   C. A. 2d Cir.   Certiorari denied.

No. 88–483.   NORTHROP *v.* LEASE FINANCING CORP. ET AL. C. A. 3d Cir.   Certiorari denied.

No. 88–484.   CONNECTICUT ET AL. *v.* COUNSEL.   C. A. 2d Cir. Certiorari denied.

No. 88–485.   TEAMSTERS PENSION TRUST FUND OF PHILADELPHIA AND VICINITY ET AL. *v.* WOOLEYHAN ET AL.   Sup. Ct. Del. Certiorari denied.

No. 88–486.   DIAMOND *v.* REYNOLDS ET AL.   C. A. 3d Cir. Certiorari denied.

No. 88–497.   WELLS REAL ESTATE, INC. *v.* GREATER LOWELL BOARD OF REALTORS ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 88–499.   SHIELDS *v.* PRODUCTION FINISHING CORP. ET AL. Ct. App. Mich.   Certiorari denied.

No. 88–503.   LEGO SYSTEMS, INC., ET AL. *v.* TYCO INDUSTRIES, INC.   C. A. 3d Cir.   Certiorari denied.